IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-68,056-03






EX PARTE WILLIAM LEN RAINEY, Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS

CAUSE NUMBER 05-20,783 IN THE 91ST JUDICIAL DISTRICT COURT

EASTLAND COUNTY





 Per curiam.



O R D E R


 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure,
the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. 
Ex parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and
was convicted of indecency with a child and sentenced to seven years' imprisonment. He did
not appeal his conviction.

 After a review of the record, we find that Applicant's claim regarding pre-sentence jail
time is without merit. Therefore, we deny relief.

 Applicant's claims which challenge his conviction are dismissed pursuant to Tex.
Code Crim. Pro. Art. 11.07 §4.


DELIVERED: April 22, 2009

DO NOT PUBLISH